UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

IN RE:                                                  HON. LISA S. GRETCHKO

TERRENCE IAN ENOS,                      Case No. 22-47970-lsg

        Debtor.                                    Chapter 13

_____

Jared Loyal Haddock (P69802)
Law Offices of J. L. Haddock PLLC
Attorneys for Debtor
29240 Buckingham St Ste 8C
Livonia, MI 48154
(734) 427-7000

Scott A. Chernich (P48893)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant University of Michigan Credit Union
313 South Washington Square
Lansing, MI 48933
(517) 371-8133

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

        Please take notice that University of Michigan Credit Union, a creditor and party-in-interest herein, hereby appears by its attorneys listed below, and pursuant to Bankruptcy Rule 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

        Scott A. Chernich
        FOSTER, SWIFT, COLLINS & SMITH, P.C.
        313 South Washington Square
        Lansing, MI 48933

                                                FOSTER, SWIFT, COLLINS & SMITH, P.C.
                                                Attorneys for Claimant University of Michigan Credit Union

Dated: November 17, 2022           By: /s/ Scott A. Chernich
                                             Scott A. Chernich (P48893)

                                             313 South Washington Square
                                             Lansing, MI 48933
                                             (517) 371-8133
                                             schernich@fosterswift.com

34862:00012:6794010-1